JOHN J. DONOHUE, Administrator, etc., of CORNELIUS DONOHUE, Deceased,
Respondent, v. FREDERICK LOESER & CO., INC., Defendant, and MUNICIPAL
SHOE CO., INC., Appellant.—Action to recover damages for the death of plaintiff's
intestate, resulting from blood poisoning which developed when his heel was
pierced by a sharp nail concealed under the lining of a shoe that his mother had
purchased for him from defendant Frederick Loeser & Co., Inc., and which said
defendant had purchased from appellant, the manufacturer. Appeal from order
denying appellant's motion to dismiss the complaint as against it for insufficiency.
Order affirmed, with ten dollars costs and disbursements. (*Garvey* v. *Namm*, 136
App. Div. 815.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.,
concur.

JOHN HELD, Respondent, v. THE WHITE COMPANY, Appellant.—Action to recover
damages by reason of defendant's sale of the personal property described in the
complaint. The plaintiff claimed that he purchased the property under a con-
ditional sales agreement, and that after more than fifty per cent of the purchase
price had been paid defendant repossessed the property and sold it without notice
to plaintiff in violation of section 79 of the Personal Property Law. Appeal from
order denying defendant's motion for judgment on the pleadings under rule 112
of the Rules of Civil Practice. Order affirmed, with ten dollars costs and dis-
bursements. In our opinion, there is a question for trial as to whether the paper
executed on April 30, 1931, is a chattel mortgage or a conditional sales agreement.
Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.